AO450 - Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## BEAUFORT DIVISION

**David Lee Rose,**

          **Plaintiff,**

    vs.

**Henry McMaster, SC Attorney General; Samuel B. Glover, Director of SC Department of Probation, Parole, and Pardon Services; James W. Peace, Solicitor, Laurens County,**

          **Defendants.**

**JUDGMENT IN A CIVIL CASE**

9:06-2080-GRA-GCK

**Decision on the Record.** This action came before the court on the record, Honorable G. Ross Anderson, Jr., United States District Judge, presiding. The issues have been reviewed and a decision rendered. The Court having adopted the Report and Recommendation of Magistrate George C. Kosko,

**IT IS ORDERED AND ADJUDGED** that plaintiff take nothing on his complaint filed pursuant to 42 U.S.C. § 1983, and this case is dismissed without prejudice and without issuance and service of process.

December 4, 2006

                                                                     LARRY W. PROPES, Clerk

                                                                     (By) DEPUTY CLERK